UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**KAREN DAWN JUNIOR,**

        Plaintiff,

v.                                                                                  Case No:  6:13-cv-1116-Orl-36DAB

**DENNIS ANTHONY JUNIOR,**

        Defendant.

**ORDER**

This cause comes before the Court on the Report and Recommendation of Magistrate Judge David A. Baker, filed on July 26, 2013 (Doc. 5).  In the Report and Recommendation, the Magistrate Judge recommends that Plaintiff Karen Dawn Junior's Complaint (Doc. 1) be dismissed for lack of subject matter jurisdiction.  *See* Doc. 5.  Neither party has objected to the Report and Recommendation and the time to do so has expired.

The Court agrees with the Magistrate Judge that the Complaint should be dismissed for lack of subject matter jurisdiction, as 8 U.S.C. § 1183a does not establish federal subject matter jurisdiction over actions to enforce an Affidavit of Support (Form I-864) against a former spouse, and no other basis for this Court's subject matter jurisdiction is apparent.  *See* Doc. 5; *Vavilova v. Rimoczi*, No. 6:12-cv-1471-Orl-28GJK, 2012 WL 6802076 (M.D. Fla. Dec. 10, 2012), *adopted by* 2013 WL 80145 (M.D. Fla. Jan. 7, 2013); *Winters v. Winters*, No. 6:12-cv-536-Orl-37DAB, Doc. 5 (M.D. Fla. Apr. 25, 2012), *adopted by* 2012 WL 1946074 (M.D. Fla. May 30, 2012).  Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is

of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 5) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. Plaintiff Karen Dawn Junior's Complaint (Doc. 1) is **DISMISSED without prejudice** for lack of subject matter jurisdiction.

3. The Clerk is directed to **terminate** all pending motions and deadlines and **close** this case.

**DONE** and **ORDERED** in Orlando, Florida on August 14, 2013.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
United States Magistrate Judge David A. Baker